UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GABRIEL GONZALEZ,<br>    Plaintiff,<br><br>v.<br><br>RICHARD HAMEL, JASON LANOIE,<br>MAXIMO TORRES, TIMOTHY<br>JACKSON,<br>    Defendants. | No. 3:12-cv-478 (SRU) |

## VERDICT FORM

We, the jury, unanimously find:

**A. Section 1983**

**Question 1 (Liability):** Has Mr. Gonzalez established all of the elements of a 42 U.S.C. section 1983 claim of excessive force or failure to intervene against:

Richard Hamel:     Yes _____     No __X__

Timothy Jackson:   Yes _____     No __X__

Jason Lanoie:      Yes _____     No __X__

Maximo Torres:     Yes _____     No __X__

*If you answered YES with respect to any of the defendants, please proceed to Question 2. If you answered NO for all, please proceed to Question 5.*

**Question 2 (Compensatory Damages):** Has Mr. Gonzalez proven by a preponderance of the evidence that he is entitled to compensatory damages for injuries sustained as a result of any of the defendants' use of excessive force or failure to intervene?

Yes _____     No _____

1

*If you answered YES, please state the total amount of compensatory damage for any injuries sustained as a result of any of the defendants' use of excessive force or failure to intervene. If NO, please proceed to Question 3.*

Amount: _____

*Any defendant who is liable under Section 1983 will be jointly and severally liable for any damages that result from his conduct. Thus, it is not necessary to break out the total damages among the defendants. If you have awarded compensatory damages, please proceed to Question 4.*

**Question 3 (Nominal Damages):** Has Mr. Gonzalez proven by a preponderance of the evidence that he is entitled to nominal damages as a result of any of the defendants' Section 1983 violation?

Yes _____    No _____

*If you answered YES, please state the total amount of nominal damage as a result of any of the defendants' Section 1983 violaion. If NO, please proceed to Question 5.*

Amount: _____

*Any defendant who is liable under Section 1983 will be jointly and severally liable for any damages that result from his conduct. Thus, it is not necessary to break out the total damages among the defendants. If you have awarded nominal damages, please proceed to Question 4.*

**Question 4 (Punitive Damages):** If you have awarded either compensatory damages or nominal damages resulting from any of the defendants' Section 1983 violation, has Mr. Gonzalez proven by a preponderance of the evidence that he is entitled to punitive damages as a result of that violation?

Yes _____    No _____

*If you answered YES, please state the amount of punitive damages to be awarded against any particular defendant. Unlike compensatory damages or nominal damages, which are awarded against any liable defendant, punitive damages are awarded on an individual basis based on that defendant's individual conduct. If NO, please proceed to Question 5.*

Punitive damages against Richard Hamel: _____

2

        Punitive damages against Timothy Jackson: _____

        Punitive damages against Jason Lanoie: _____

        Punitive damages against Maximo Torres: _____

*Please proceed to Question 5.*

## B. Intentional Infliction of Emotional Distress

**Question 5 (Liability):** Has Mr. Gonzalez established, by a preponderance of the evidence, all of the elements of an intentional infliction of emotional distress claim against any of the defendants?

| | | |
|---|---|---|
| Richard Hamel: | Yes \_\_\_\_\_ | No **X** |
| Timothy Jackson: | Yes \_\_\_\_\_ | No **X** |
| Jason Lanioe: | Yes \_\_\_\_\_ | No **X** |
| Maximo Torres: | Yes \_\_\_\_\_ | No **X** |

*If you answered YES with respect to any of the defendants, please proceed to Question 6. If you answered NO for all, please sign and date this verdict form.*

**Question 6 (Compensatory Damages):** Has Mr. Gonzalez proven by a preponderance of the evidence that he is entitled to compensatory damages for injuries sustained as a result of any of the defendants' intentional infliction of emotional distress?

        Yes \_\_\_\_\_    No \_\_\_\_\_

*If you answered YES, please state the total amount of compensatory damage for any injuries sustained as a result of any of the defendants' intentional infliction of emotional distress. If NO, please sign and date this verdict form.*

        Amount: _____

*Any defendant who is liable for intentional infliction of emotional distress will be jointly and severally liable for any damages that result from his conduct. Thus, it is not necessary to break out the total damages among the defendants.*

*Please sign and date this verdict form.*

_____/s/_____          _____Dec 9, 2016_____
　　　　　Foreperson　　　　　　　　　　　　　　　　Date

4